UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TERRY LEE CLIFTON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | No. 3:14-cv-02026 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| **DERRICK SCHOFIELD,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

# O R D E R

Thirty-seven plaintiffs seek to bring a *pro se* action under 42 U.S.C. § 1983 against Derrick Schofield, Jason Woodall, Tony Parker, Bill Haslam, Benny Townsend, and Gerald McAllister, alleging various civil rights violations. (Docket No. 1). The plaintiffs all appear to be inmates at the Northeast Correctional Complex in Mountain City, Tennessee.[1] (*Id.*)

In response to the court's deficiency order entered on October 29, 2014 (Docket No. 3), the following individuals have responded to the court in writing, stating that they do not wish to be, nor ever wished to be, a plaintiff in this action. The individuals state that they have not authorized Terry Lee Clifton or any other person to use their names as plaintiffs in this action, and these individuals specifically request a non-suit in this case: Terrance Williams (Docket Nos. 15 & 16), Michael Lentz (Docket Nos. 17 & 18), Christopher Hamilton (Docket Nos. 20 & 21), and Walter Webb (#510362)(Docket Nos. 22 & 23). The declarations submitted by these individuals in support of their requests were signed under penalty of perjury.

Accordingly, the Clerk is **DIRECTED** to remove the above individuals as plaintiffs in this

---

[1] Only plaintiff Terry Lee Clifton provided his address (Docket No. 1) but a fair reading of the complaint suggests that the other named plaintiffs are inmates at the Northeast Correctional Complex where Clifton is incarcerated. Some of the plaintiffs have provided their TDOC inmate numbers, which the court includes herein.

action. No filing fee shall be assessed or collected against these individuals in connection with this case. Further, no "strikes" are to be assessed against these individuals with regard to the Prison Litigation Reform Act in connection with this case.

As to the other named plaintiffs in this case, all instructions and deadlines for complying with those instructions as set forth in the court's order of October 29, 2014, remain in full force and effect.

It is so **ORDERED.**

_____
Aleta A. Trauger
United States District Judge