**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| TERRY LEE CLIFTON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:14-2026 |
| v. | ) | Judge Trauger |
| | ) | |
| DERRICK SCHOFIELD, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On April 10, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 74), to which no objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Eastern District of Tennessee, Northeastern Division, pursuant to 28 U.S.C. §1404.

It is so **ORDERED**.

ENTER this 4th day of May, 2015.

_____

ALETA A. TRAUGER
U.S. District Judge